AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

Northern     District of     Ohio

| UNITED STATES OF AMERICA | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|
| V. | |
| JAYON FLORENCE<br>*Defendant* | Case Number: 1:22CR679-PAB-2 |

Upon motion of the  Government and Defendant , it is ORDERED that a detention hearing is set for  4/19/2023 * at  2:00 pm
                                          *Date*                                           *Time*

before  Magistrate Judge Jennifer Dowdell Armstrong
                                        *Name of Judicial Officer*

Courtroom 9B
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal)
( _____ ) and produced for the hearing.
      *Other Custodial Official*

Date:  4/14/2023                                s/Amanda M. Knapp
                                                                                *U.S. Magistrate Judge*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

    A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.